**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00848-CV

**KYLE BROWN, SR., Appellant**

**V.**

**RHONDA BROWN, Appellee**

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-10-076565**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated July 29, 2013, we notified the court reporter that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, the reporter's record has not been filed. Also by postcard dated July 29, 2013, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive*

*verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Shantel Beheler, official court reporter for the 255th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Shantel Beheler
Official Court Reporter, 255th Judicial District Court


/s/    ELIZABETH LANG-MIERS
        JUSTICE